# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Matthew Travis Houston,<br><br>Petitioner<br><br>v.<br><br>Calvin Johnson, *et al.*,<br><br>Respondents | Case No.: 2:22-cv-00693-JAD-NJK<br><br>**Order Dismissing Action** |

This action is a petition for a writ of habeas corpus under 28 U.S.C. § 2241, initiated April 25, 2022, by Matthew Travis Houston, who is incarcerated at Nevada's High Desert State Prison. I summarily dismiss this action because Houston has not paid the filing fee and he has not filed a complete application to proceed *in forma pauperis*, and because his petition is plainly frivolous.

Houston's application to proceed *in forma pauperis*[1] is incomplete. Houston has not included the required financial certificate signed by a prison officer.[2] For this reason, I deny Houston's *in forma pauperis* application. And because Houston has not paid the filing fee and he has not filed a proper *in forma pauperis* application, I also dismiss this case.

I have also examined Houston's petition for writ of habeas corpus,[3] and I find that it is patently meritless. The court may grant a writ of habeas corpus to a person in state custody only if the person is "in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2241(3); 28 U.S.C. § 2254(a). Houston's petition is nearly inscrutable.[4] As

---

[1] ECF No. 1.

[2] *See* LSR 1-2.

[3] ECF No. 1-1.

[4] *See id.*

best I can tell, it does not set forth any potentially meritorious claim that his custody violates federal law. So I dismiss this action on this further, and alternative, ground.

IT IS THEREFORE ORDERED that Petitioner's Application to Proceed *in Forma Pauperis* **(ECF No. 1)** is **DENIED**.

IT IS FURTHER ORDERED that **this action is DISMISSED** without prejudice, and the Clerk of the Court is directed to **ENTER JUDGMENT ACCORDINGLY**. **A certificate of appealability is DENIED** because jurists of reason would not find debatable whether the court is correct in dismissing this action.

IT IS FURTHER ORDERED that **the Clerk of the Court is directed to:**

- **ADD** Aaron D. Ford, Attorney General of the State of Nevada, to the docket for this case, as counsel for the Respondents; and
- **SERVE** the Respondents with a copy of the habeas petition (ECF No. 1-1) and a copy of this order. Respondents need take no action with respect to this case.

_____
U.S. District Judge Jennifer A. Dorsey
May 2, 2022