UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Matthew Travis Houston,

    Petitioner

v.

Calvin Johnson, *et al.*,

    Respondents

Case No.: 2:22-cv-00693-JAD-NJK

**Order Denying Emergency Motion to Vacate Dismissal, Striking Renewed Petition, and Barring Further Filings**

ECF Nos. 12, 13

    This action was a petition for a writ of habeas corpus under 28 U.S.C. § 2241, initiated April 25, 2022, by Matthew Travis Houston, who is incarcerated at Nevada's High Desert State Prison. I dismissed the action without prejudice more than a month ago because Houston did not pay the filing fee and did not file a complete application to proceed *in forma pauperis*, and because his petition is plainly frivolous.[1] Judgment was entered,[2] and Houston filed a notice of appeal on May 16, 2022.[3]

    Houston included with his notice of appeal a motion requesting that the court provide him with his "missing case numbers,"[4] and I granted that motion and provided him with the information he appeared to request.[5] Since then, Houston has filed a series of five other documents,[6] all of which are plainly frivolous and have no impact on the judgment or the appeal.

---

[1] ECF Nos. 2.
[2] ECF No. 3.
[3] ECF No. 4.
[4] ECF No. 5.
[5] ECF No. 7.
[6] ECF Nos. 8, 9, 11, 12, 13.

One of those documents, filed June 3, 2022,[7] is styled as an emergency motion to vacate the dismissal. I deny that motion because it is frivolous and fails to address the merits of the dismissal order that it purports to challenge.[8] He has also refiled in this action a "Direct Appeal" from a state-court action, adding the title "§ 2241 'Renewed' Petition,"[9] which is similarly frivolous and inconsistent with proper mandamus procedure. As Houston's fantastical and profuse filings have become wasteful and abusive of the court's resources, I direct the Clerk of the Court to accept no further filings in this action.

IT IS THEREFORE ORDERED that Petitioner's Emergency Motion to Vacate Dismissal **[ECF No. 12] is DENIED and his "Renewed Petition" [ECF No. 13] is STRUCK**.

IT IS FURTHER ORDERED the Clerk of the Court is directed to ACCEPT NO FURTHER FILINGS IN THIS ACTION.

Dated: June 6, 2022

_____
U.S. District Judge Jennifer A. Dorsey

---

[7] ECF No. 12.
[8] Compare ECF No. 2 with ECF No. 12.
[9] ECF No. 13.